# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 13 C 539 | **DATE** | February 25, 2013 |
| **CASE TITLE** | Sal Auditore (2012-00005049) v. Cecil Underwood, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to proceed *in forma pauperis* [3] is granted. The trust fund officer where plaintiff is confined is authorized to deduct $41.20 from plaintiff's trust fund account as an initial partial filing fee and to continue making deductions in accordance with this order until the $350 filing fee is paid. The clerk shall issue summonses for service of the complaint by the U.S. Marshal on Will County Jail Food Manager Cecil Underwood, Warden O'Leary, and Sheriff Kaupas. The clerk shall send plaintiff a Magistrate Judge consent form, along with instructions for filing documents in this court, and shall also mail a copy of this order to the trust fund officer at the Will County Jail.

■ [ For further details see text below.]

Docketing to mail notices.

---

## STATEMENT

Plaintiff Sal Auditore, currently confined at the Will County Jail, has filed this 42 U.S.C. § 1983 action against Will County Sheriff Paul Kaupas, Warden O'Leary, and Food Manager Cecil Underwood. Plaintiff states that he has been unable to obtain a kosher meal (or completely kosher meal), in accordance with his Jewish faith since he has been confined at the jail. The court having reviewed the complaint in accordance with 28 U.S.C. § 1915A, plaintiff states colorable claims against the defendants. *See Conyers v. Abitz*, 416 F.3d 580, 586 (7th Cir. 2005).

Plaintiff's *in forma pauperis* motion is granted. The trust fund officer at plaintiff's place of confinement is authorized to deduct from plaintiff's trust fund account, when adequate funds are available, $41.20 as the initial partial filing fee. After forwarding that payment to the court, the trust fund officer shall collect monthly payments from plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Collected monthly payments shall be forwarded to the clerk of court each time the amount in the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, Illinois 60604, attn: Cashier's Desk, 20th Floor, and shall clearly identify plaintiff's name and the case number assigned to this action. Plaintiff shall remain responsible for this filing fee obligation, and Will County Jail authorities shall notify transferee authorities of any outstanding balance in the event he is transferred.

The clerk shall issue summonses for service of the complaint on the defendants, and the U.S. Marshals Service is appointed to serve them  Any service forms necessary for plaintiff to complete for the Marshal to accomplish service will be sent by the Marshal to plaintiff. Plaintiff's failure to return those forms may result in the dismissal of unserved defendants. The U.S. Marshal is directed to make all reasonable efforts to serve the defendants. With respect to any former employee no longer at the work address provided by plaintiff, Will County Jail officials shall furnish the Marshal with the defendant's last known address. The information shall be used only for purposes of effectuating service, or to show proof of service should a dispute arise, and shall neither be kept in the court's file nor released by the Marshal. The Marshal is authorized to mail a request for waiver of service to

---

## STATEMENT

each defendant in the manner prescribed by Fed. R. Civ. P. 4(d)(2). If a waiver of service is not obtained, the Marshal shall then attempt personal service.

Plaintiff is instructed to file all future papers concerning this action with the clerk of court in care of the Prisoner Correspondent. Plaintiff must provide the court with the original plus a complete judge's copy, including any exhibits, of every document filed. In addition, plaintiff must send an exact copy of any filing to defendants, or to their counsel if an attorney enters an appearance on their behalf. Every document filed with the court must include a certificate of service stating to whom exact copies were mailed and the date of mailing. Any paper that is sent directly to the judge or that otherwise fails to comply with these instructions may be disregarded by the court or returned to plaintiff.